

FILED
FEB 22 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  PHILLIP A. TALBERT
   United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6
7  Attorneys for Plaintiff
   United States of America
8
9              IN THE UNITED STATES DISTRICT COURT
10             EASTERN DISTRICT OF CALIFORNIA
11
12 UNITED STATES OF AMERICA,           CASE NO. 2:17-MJ-00028 DB
13              Plaintiff,             [~~PROPOSED~~] ORDER TO STAY TRANSPORT
                                       ORDER
       v.
14
   DANIEL ROBERT SUMMERFIELD,          ~~UNDER SEAL~~
15
               Defendant.
16
17
18     Good cause showing, the transport order concerning DANIEL ROBERT SUMMERFIELD,
19 imposed on February 10, 2017, (ECF Nos. 1-3, February 10, 2017), is hereby stayed until further order
20 of the Court, pursuant to Rule 20 of the Federal Rules of Criminal Procedure.
21     IT IS SO ORDERED.
22
23
   Dated: 2/14/17                      _____
24                                     Hon. Allison Claire
25                                     U.S. MAGISTRATE JUDGE