1  PHILLIP A. TALBERT
   United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,                CASE NO.  2:17-MJ-00028

12                      Plaintiff,           STIPULATION FOR EXTENSION PURSUANT TO
                                             RULE 5.1(d) AND EXCLUSION OF TIME
13         v.

14 DANIEL ROBERT SUMMERFIELD,

15                      Defendant.

16

17         Plaintiff United States of America, by and through its attorney of record, Assistant United States

18 Attorney Paul A. Hemesath, and defendant DANIEL ROBERT SUMMERFIELD, individually and by

19 and through his counsel of record, Benjamin D. Galloway, hereby stipulate as follows:

20         1.      A criminal complaint naming defendant was filed under seal in the District of Colorado

21 under case number 17-mj-01023-NYW.  Defendant was arrested on February 9, 2017.  Defendant first

22 appeared before a judicial officer of the Court in the Eastern District of California on February 10, 2017.

23 At that time, the court ordered defendant to be detained and transported to the District of Colorado.

24         2.      On February 14, 2017, the government applied for and obtained (with stipulation from

25 defense counsel) an order staying the transport order so that the parties could consider Rule 20

26 proceedings.

27         3.      On February 24, 2017, this Court ordered a delay of the preliminary hearing, with a time

28 exclusion as further set forth in Docket Number 12.  A status conference was set for March 3, 2017.

4.      On March 2, 2017, this Court ordered a further delay of the preliminary hearing, with a time exclusion as further set forth in Docket Number 15.  A status conference was set for March 16, 2017.

5.      On March 16, 2017, this Court ordered another a further delay of the preliminary hearing, with a time exclusion as further set forth in Docket Number 18.  A status conference was set for April 5, 2017.

6.      On March 29, 2017, Summerfield filed a notice of consent to transfer a case for plea and sentence under Rule 20 (Docket Number 19).

7.      On March 4, 2017, this Court ordered another a further delay of the preliminary hearing, with a time exclusion as further set forth in Docket Number 22.  A status conference was set for April 27, 2017.

8.      By this stipulation, the parties jointly move for an extension of time of any applicable time limits (including defendant's right to: a preliminary hearing within 14 days and prompt transport to the charging district), pursuant to Rules 5(c), 5.1(d) and 20 of the Federal Rules of Criminal Procedure, and 18 U.S.C. § 3161.  The parties stipulate that the delay is required to allow reasonable time for the parties' consideration of their options under Rule 20, thus constituting good cause for such delay.  The Assistant United States Attorney in the District of Colorado has been consulted, and she is open (without commitment) to considering the possibility of a Rule 20 disposition. The parties propose that the matter be set for a status conference before the duty magistrate court on May 16, 2017, at 2 p.m.  The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

9.      The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION

2

Therefore, the parties request that the time between April 27, 2017, and May 16, 2017, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.


Dated:  April 26, 2017                          BENJAMIN B. WAGNER
                                                United States Attorney


                                                /s/ PAUL A. HEMESATH
                                                PAUL A. HEMESATH
                                                Assistant United States Attorney


Dated:  April 26, 2017                          /s/ BENJAMIN D. GALLOWAY
                                                BENJAMIN D. GALLOWAY
                                                Counsel for Defendant
                                                DANIEL ROBERT SUMMERFIELD

PHILLIP A. TALBERT
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:17-MJ-00028 |
|---|---|
| Plaintiff, | FINDINGS AND ORDER FOR EXTENSION PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| DANIEL ROBERT SUMMERFIELD, | |
| Defendant. | |

The Court has read and considered the Stipulation for Extension Pursuant to Rule 5.1(d) and

Exclusion of Time, filed by the parties in this matter on April 26, 2017.  The Court hereby finds that the

Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause to grant

the parties' motion for an extension of time of any applicable time limits (including defendant's right to:

a preliminary hearing within 14 days and prompt transport to the charging district), pursuant to Rules

5(c), 5.1(d) and 20 of the Federal Rules of Criminal Procedure, and 18 U.S.C. § 3161.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

of justice served by granting this continuance outweigh the best interests of the public and the defendant

in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would

not adversely affect the public interest in the prompt disposition of criminal cases.

1    THEREFORE, FOR GOOD CAUSE SHOWN:

2    1. The parties shall appear at a status conference on May 16, 2017, at 2:00 p.m., before the

3    magistrate judge on duty.

4    2. The time between April 27, 2107, and May 16, 2017, shall be excluded from calculation

5    pursuant to 18 U.S.C. § 3161(h)(7)(A).

6    3. All applicable time limits imposed by Rules 5, and 5.1 of the Federal Rules of Criminal

7    Procedure, and 18 U.S.C. § 3161, are hereby tolled until May 16, 2017.

8

9    IT IS SO ORDERED.

10   Dated:  April 26, 2017

11

12   _____
     KENDALL J. NEWMAN
13   UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28