| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, #214897<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorney for Defendant<br>DANIEL SUMMERFIELD |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-135 MCE |
| Plaintiff, | ) | NOTICE OF EXCLUSION OF TIME; ORDER |
| v. | ) | |
| DANIEL SUMMERFIELD, | ) | |
| Defendant. | ) | |

On the Court's own motion of August 29, 2017, the Change of Plea hearing scheduled for August 31, 2017 is vacated and continued to September 7, 2017 at 10:00 a.m.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including September 7, 2017, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: August 30, 2017                        Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin Galloway*
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
DANIEL SUMMERFIELD

Notice of Exclusion of Time; [Proposed] Order                -1-

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August 30, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| 3 | | |
| 4 | | */s/ Paul Hemesath*<br>PAUL HEMESATH<br>Assistant United States Attorney |
| 5 | | Attorney for Plaintiff |

**O R D E R**

The Court orders the time from the date of the parties stipulation, up to and including September 7, 2017, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), 18 U.S.C. §3161(7)(A) and Local Code T4. The Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated: August 30, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE