PHILLIP A. TALBERT
United States Attorney
PAUL HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ROBERT SUMMERFIELD,<br><br>Defendant. | CASE NO. 2:17-CR-00135-MCE<br><br>NOTICE OF REQUEST TO SEAL GOVERNMENT'S FOUR-PAGE DOCUMENT AND REQUEST TO SEAL DOCUMENTS |

      Pursuant to Local Rule 141(b), the United States, by and through Assistant United States Attorney Paul Hemesath, provides notice that it is requesting to file under seal: (1) a four-page document filed with the Court in connection with the criminal prosecution of defendant DANIEL ROBERT SUMMERFIELD based upon the concerns articulated in the government's Request to Seal Documents; and (2) a Request to Seal Documents.  The government respectfully requests that these documents remain under seal until further Order of the Court.

      The aforementioned documents were electronically transmitted to the Court on December 28, 2017.  Copies of the documents were served on the defendant's counsel.

| | | |
|---|---|---|
| 1 | Dated:  December 28, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | | |
| 3 | | By: /s/ PAUL HEMESATH |
| 4 | | PAUL HEMESATH<br>Assistant United States Attorney |