1  PHILLIP A. TALBERT
   United States Attorney
2  PAUL HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     CASE NO. 2:17-CR-00135-MCE

12            Plaintiff,     ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE

13 v.

14 DANIEL ROBERT SUMMERFIELD,

15            Defendant.

16

17      Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

18 Request to Seal, IT IS HEREBY ORDERED that the government's four-page document pertaining to

19 defendant DANIEL ROBERT SUMMERFIELD , and government's Request to Seal shall be SEALED

20 until further order of this Court.

21      It is further ordered that access to the sealed documents shall be limited to the government and

22 counsel for the defendant.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

ORDER SEALING DOCUMENTS AS SET FORTH IN
GOVERNMENT'S NOTICE       1

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the government's motion serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

IT IS SO ORDERED.

Dated: January 4, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE